**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

George W. Thornton                                          Civil Action No. 06-1101

versus                                                   Judge Tucker L. Melançon

Diamond Offshore Drilling, Inc., et              Magistrate Judge Mildred E. Methvin
al

**JUDGMENT OF DISMISSAL**

The Court having been advised that the above action has been settled, it is

ORDERED that this action is hereby DISMISSED without costs and without

prejudice to the right of the parties, upon good cause shown within thirty (30) days, to

reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to the Court a Joint

Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of

this judgment.

Thus done and signed this 18th day of May, 2007, at Lafayette, Louisiana.


_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE